# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Cooper, Christopher R. | **2. Court or Organization**<br><br>U.S. District Court for the District of Columbia | **3. Date of Report**<br><br>07/31/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

333 Constitution Ave. NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | 1208 Broad Street LLC |
| 2. | Director | Christian Benevolent Funeral Home, Inc. |
| 3. | Trustee | St. Albans School |
| 4. | Director | Federal Judges Association |
| 5. | Board of Directors/Trustee | Trinity Preparatory School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School | January 25 - 26, 2018 | Stanford, CA | Speaker & Competition Judge | Travel & Lodging |
| 2. | Vanderbilt Law School | February 12 - 13, 2018 | Nashville, TN | Speaker | Travel & Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Private School #1 (Washington DC) | ▓ tuition | K |
| 2. | Private School #2 (Washington, DC) | ▓ tuition | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NatWest Bank Current Account (cash) | | None | J | T | | | | | |
| 2. Commonwealth National Bank stock | | None | L | U | | | | | |
| 3. BROKERAGE #1 (H) | | | | | | | | | |
| 4. Wells Fargo Deposit Account (cash) (X) | A | Interest | J | T | | | | | |
| 5. Abbott (ABT) | A | Dividend | J | T | | | | | |
| 6. Accenture (ACN) | A | Dividend | J | T | | | | | |
| 7. Aflac (AFL) | A | Dividend | J | T | | | | | |
| 8. Air Products & Chemicals (APD) | A | Dividend | J | T | | | | | |
| 9. Amgen Inc (AMGN) | A | Dividend | J | T | | | | | |
| 10. Analog Devices (ADI) | A | Dividend | J | T | | | | | |
| 11. Apple Inc (AAPL) | | None | J | T | Buy | 11/29/18 | J | | |
| 12. AT&T (T) | A | Dividend | J | T | | | | | |
| 13. ADP (ADP) | A | Dividend | J | T | | | | | |
| 14. Becton Dickinson (BDX) | A | Dividend | J | T | | | | | |
| 15. Blackrock (BLK) | A | Dividend | J | T | | | | | |
| 16. Chevron (CVX) | A | Dividend | J | T | | | | | |
| 17. Chubb (CB) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 19. Clorox (CLX) | A | Dividend | J | T | | | | | |
| 20. Colgate Palmolive (CL) | A | Dividend | J | T | | | | | |
| 21. Eaton Vance (EV) | A | Dividend | J | T | | | | | |
| 22. Emerson Electric (EMR) | A | Dividend | J | T | | | | | |
| 23. Eversource Energy (ES) | A | Dividend | J | T | | | | | |
| 24. ExxonMobil (XOM) | A | Dividend | J | T | | | | | |
| 25. Factset Research (FDS) | A | Dividend | J | T | | | | | |
| 26. General Dynamics (GD) | A | Dividend | J | T | | | | | |
| 27. General Mills (GIS) | A | Dividend | | | Sold | 12/13/18 | J | A | |
| 28. Grainger (GWW) | | None | | | Sold | 01/08/18 | J | B | |
| 29. Harris Corp (HRS) | A | Dividend | J | T | | | | | |
| 30. Illinois Tool Works (ITW) | A | Dividend | J | T | | | | | |
| 31. IBM (IBM) | A | Dividend | | | Sold | 11/29/18 | J | | |
| 32. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy (add'l) | 10/17/18 | J | | |
| 33. JP Morgan Chase & Co (JPM) | A | Dividend | J | T | Buy (add'l) | 10/17/18 | J | | |
| 34. Linde PLC (LIN) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lowes Companies (LOW) | A | Dividend | J | T | | | | | |
| 36. McDonalds (MCD) | A | Dividend | J | T | | | | | |
| 37. Medtronic (MDT) | A | Dividend | J | T | | | | | |
| 38. Microsoft (MSFT) | A | Dividend | K | T | | | | | |
| 39. Nextera Energy (NEE) | A | Dividend | J | T | | | | | |
| 40. Nike (NKE) | A | Dividend | J | T | | | | | |
| 41. Norfolk Southern (NSC) | A | Dividend | J | T | | | | | |
| 42. Novartis (NVS) | A | Dividend | J | T | | | | | |
| 43. Paychex Inc (PAYX) | A | Dividend | J | T | | | | | |
| 44. PepsiCo (PEP) | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 45. Phillips 66 (PSX) | A | Dividend | J | T | | | | | |
| 46. Polaris Indus. (PII) | A | Dividend | J | T | | | | | |
| 47. Praxair Inc. (PX) | | None | | | Merged (with line 34) | 10/18/18 | J | | |
| 48. P&G (PG) | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 49. Qualcomm (QCOM) | A | Dividend | | | Sold | 11/29/18 | J | | |
| 50. Sysco Corp. (SYY) | A | Dividend | J | T | | | | | |
| 51. Target (TGT) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. United Technologies (UTX) | A | Dividend | J | T | | | | | |
| 53. US Bancorp New (USB) | A | Dividend | J | T | | | | | |
| 54. VF Corp. (VFC) | A | Dividend | J | T | | | | | |
| 55. Wal-Mart (WMT) | A | Dividend | J | T | | | | | |
| 56. Wisconsin Energy (WEC) | A | Dividend | J | T | | | | | |
| 57. 3M (MMM) | A | Dividend | J | T | | | | | |
| 58. BROKERAGE #2 (H) | | | | | | | | | |
| 59. Wells Fargo Cash Management and Sweep (cash) | A | Interest | K | T | | | | | |
| 60. Amn Healthcare Services Inc (AMN) | | None | K | T | Buy | 01/19/18 | J | | |
| 61. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 62. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 63. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 64. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 65. | | | | | Buy (add'l) | 01/30/18 | J | | |
| 66. Ansys Inc. (ANSS) | | None | J | T | | | | | |
| 67. Aspen Technology (AZPN) | | None | K | T | Sold (part) | 06/05/18 | J | C | |
| 68. Bank OZK (OZK) (formerly Bank of Ozarks (OZRK)) | A | Dividend | | | Sold (part) | 10/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 10/23/18 | J | | |
| 70. Berkeley WR Corp (WRB) | A | Dividend | J | T | | | | | |
| 71. Carlisle (CSL) | A | Dividend | | | Sold (part) | 09/05/18 | J | C | |
| 72. | | | | | Sold | 09/06/18 | J | B | |
| 73. CDW Corp. (CDW) | A | Dividend | K | T | Sold (part) | 09/04/18 | J | C | |
| 74. Charles River Laboratories (CRL) | | None | J | T | Buy | 09/06/18 | J | | |
| 75. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 76. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 77. Cheescake Factory (CAKE) | A | Dividend | J | T | | | | | |
| 78. Cooper Cos (COO) | A | Dividend | K | T | | | | | |
| 79. Copart Inc (CPRT) | | None | J | T | | | | | |
| 80. Core Labs (CORE) | A | Dividend | | | Sold (part) | 06/05/18 | J | | |
| 81. | | | | | Sold (part) | 10/31/18 | J | | |
| 82. | | | | | Sold | 11/01/18 | J | | |
| 83. Cotiviti Holdings Inc (COTV) | | None | | | Buy (add'l) | 01/30/18 | J | | |
| 84. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 85. | | | | | Sold | 08/27/18 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Drill Quip (DRQ) | | None | | | Sold (part) | 04/19/18 | J | | |
| 87. | | | | | Sold (part) | 04/20/18 | J | | |
| 88. | | | | | Sold | 04/23/18 | J | | |
| 89. Docusign Inc (DOCU) | | None | J | T | Buy | 10/26/18 | J | | |
| 90. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 91. Elanco Animal Health Inc (ELAN) | | None | J | T | Buy | 09/24/18 | J | | |
| 92. Expeditors Intl. (EXPD) | A | Dividend | K | T | | | | | |
| 93. Flir Systems Inc (FLIR) | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 94. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 95. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 96. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 97. Jack Henry & Assoc. (JKHY) | A | Dividend | J | T | | | | | |
| 98. Landstar Systems (LSTR) | A | Dividend | | | Sold (part) | 10/31/18 | J | C | |
| 99. | | | | | Sold | 11/01/18 | J | B | |
| 100. Lennox International (LII) | A | Dividend | K | T | | | | | |
| 101. Manhattan Assoc (MANH) | | None | | | Sold (part) | 04/16/18 | J | | |
| 102. | | | | | Sold (part) | 04/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 04/24/18 | J | | |
| 104.  MSCI Inc. (MSCI) | A | Dividend | K | T | | | | | |
| 105.  Nordson Corp. (NDSN) | A | Dividend | K | T | | | | | |
| 106.  Pool Corp (POOL) | A | Dividend | J | T | | | | | |
| 107.  Primerica (PRI) | A | Dividend | J | T | Sold (part) | 10/31/18 | J | C | |
| 108. | | | | | Sold (part) | 11/01/18 | J | A | |
| 109.  RBC Bearings (ROLL) | | None | K | T | Sold (part) | 01/19/18 | J | A | |
| 110. | | | | | Sold (part) | 01/22/18 | J | B | |
| 111. | | | | | Sold (part) | 10/15/18 | J | C | |
| 112. | | | | | Sold (part) | 10/16/18 | J | B | |
| 113.  Scotts Miracle-Gro Co (SMG) | A | Dividend | K | T | Buy | 02/02/18 | J | | |
| 114. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 115. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 116. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 117.  Signature Bank NY (SBNY) | A | Dividend | J | T | | | | | |
| 118.  Siteone Landscape Supply (SITE) | | None | J | T | Buy | 10/09/18 | J | | |
| 119. | | | | | Buy (add'l) | 12/04/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Snap-On Inc (SNA) | A | Dividend | J | T | | | | | |
| 121. Teradyne (TER) | A | Dividend | K | T | Buy (add'l) | 06/04/18 | J | | |
| 122. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 123. Thor Industries (THO) | A | Dividend | J | T | Buy | 06/04/18 | J | | |
| 124. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 125. Wabco Holdings (WBC) | | None | K | T | Buy (add'l) | 10/31/18 | J | | |
| 126. Wynn Resorts (WYNN) | A | Dividend | | | Sold (part) | 01/30/18 | J | C | |
| 127. | | | | | Sold | 12/18/18 | J | C | |
| 128. BROKERAGE # 3 (H) | | | | | | | | | |
| 129. Amazon (AMZN) | | None | M | T | | | | | |
| 130. American Express (AXP) | A | Dividend | K | T | | | | | |
| 131. Ameriprise (AMP) | A | Dividend | J | T | | | | | |
| 132. Andeavor (ANDV) | | None | | | Merged (with line 144) | 10/01/18 | K | | |
| 133. Cisco (CSCO) | B | Dividend | K | T | | | | | |
| 134. Coca-Cola Company (formerly Coke) (KO) | A | Dividend | K | T | | | | | |
| 135. Eli Lilly (LLY) | A | Dividend | J | T | | | | | |
| 136. F5 Networks (FFIV) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  GE (GE) | A | Dividend | J | T | | | | | |
| 138.  Intel (INTC) | B | Dividend | L | T | | | | | |
| 139.  Invesco QQQ TR (formerly Powershares QQQ) (QQQ) | B | Dividend | M | T | | | | | |
| 140.  IShares MSCI Brazil ETF (EWZ) | A | Dividend | J | T | | | | | |
| 141.  IShares MSCI Japan ETF (EWJ) | A | Dividend | K | T | | | | | |
| 142.  IShares MSCI Russell 2000 ETF (IWM) | A | Dividend | L | T | | | | | |
| 143.  IShares MSCI Russell MidCap ETF (IWR) | B | Dividend | L | T | | | | | |
| 144.  Marathon Petroleum Corp (MPC) | B | Dividend | K | T | | | | | |
| 145.  Microsoft (MSFT) | B | Dividend | L | T | | | | | |
| 146.  Sarepta Therapeutics (SRPT) | | None | | | Sold | 07/03/18 | L | E | |
| 147.  SPDR Dow Jones Ind. ETF (DIA) | A | Dividend | K | T | | | | | |
| 148.  SPDR S&P 500 ETF (SPY) | B | Dividend | M | T | | | | | |
| 149.  Waste Management (WM) | A | Dividend | K | T | | | | | |
| 150.  Walker & Dunlop (WD) | B | Dividend | L | T | | | | | |
| 151.  Arrow Inv Tactical Cl. C Fund (DWTTX) | | None | | | Sold | 07/03/18 | K | D | |
| 152.  BROKERAGE #4 (H) | | | | | | | | | |
| 153.  UBS Bank USA Deposit Acct. (cash) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Accenture PLC (ACN) | A | Dividend | K | T | | | | | |
| 155. Adobe Systems Inc (ADBE) | | None | K | T | Sold (part) | 06/05/18 | J | C | |
| 156. | | | | | Sold (part) | 08/28/18 | J | D | |
| 157. Alerian MLP (AMLP) | | None | | | Sold | 12/24/18 | K | | |
| 158. Align Technology (ALGN) | | None | J | T | Sold (part) | 06/27/18 | J | C | |
| 159. | | | | | Sold (part) | 10/09/18 | J | C | |
| 160. Alphabet Inc Cl A (GOOGL) | | None | J | T | | | | | |
| 161. Alphabet Inc Cl C (GOOG) | | None | K | T | | | | | |
| 162. Automatic Data Processing (ADP) | A | Dividend | K | T | | | | | |
| 163. Booking Hldgs Inc (formerly Priceline Group) (BKNG) | | None | J | T | Sold (part) | 02/05/18 | J | A | |
| 164. Dollar General Corp (DG) | A | Dividend | K | T | | | | | |
| 165. Facebook Inc Cl A (FB) | | None | K | T | Sold (part) | 01/12/18 | J | C | |
| 166. Gartner Inc (IT) | | None | K | T | Sold (part) | 12/03/18 | J | B | |
| 167. Mastercard Inc (MA) | A | Dividend | J | T | | | | | |
| 168. Microsoft Inc (MSFT) | A | Dividend | K | T | | | | | |
| 169. Nestle SA Spon ADR (NSRGY) | A | Dividend | K | T | | | | | |
| 170. Nike Inc Cl B (NKE) | A | Dividend | K | T | Sold (part) | 11/16/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. NVIDIA Corp (NVDA) | A | Dividend | J | T | Buy | 08/28/18 | K | | |
| 172. | | | | | Sold | 10/23/18 | K | | |
| 173. | | | | | Buy | 11/23/18 | J | | |
| 174. O Reilly Automotive (ORLY) | | None | K | T | | | | | |
| 175. Oracle Corp (ORCL) | A | Dividend | K | T | Sold (part) | 08/28/18 | J | A | |
| 176. Regeneron Pharmaceuticals (REGN) | | None | K | T | | | | | |
| 177. Starbucks Corp (SBUX) | | None | K | T | Sold (part) | 11/16/18 | J | B | |
| 178. Visa Inc Cl A (V) | A | Dividend | K | T | | | | | |
| 179. Zoetis Inc (ZTS) | A | Dividend | K | T | | | | | |
| 180. First TR North American Energy (EMLP) | | None | K | T | Buy | 12/24/18 | K | | |
| 181. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 182. iShares Edge MSCI Min Vol USA (USMV) | C | Dividend | M | T | | | | | |
| 183. iShares MSCI India (INDA) | A | Dividend | K | T | | | | | |
| 184. iShares Core MSCI Emerging Mkts (IEMG) | B | Dividend | L | T | | | | | |
| 185. SPDR S&P 500 ETF (SPY) | B | Dividend | M | T | Buy (add'l) | 12/31/18 | J | | |
| 186. Vanguard Value ETF (VTV) | C | Dividend | M | T | Buy (add'l) | 12/31/18 | J | | |
| 187. Diamond Hill Large Cap (DHLRX) | A | Dividend | L | T | Buy | 12/21/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Harding Loevner Intl Equity (HLMIX) | C | Dividend | N | T | Buy (add'l) | 12/21/18 | L | | |
| 189. Matthews Asia Dividend (MAPIX) | C | Dividend | L | T | | | | | |
| 190. Virtus Kar Small-Cap Core Fund (PKSFX) | | None | M | T | Buy | 12/21/18 | M | | |
| 191. WCM Focusted Intl Growth (WCMIX) | C | Dividend | M | T | | | | | |
| 192. FL State Brd Ed Pub Ed Sr A 34153PYX0 | A | Interest | K | T | | | | | |
| 193. Oklahoma Cap Imp Auth St (678514BD1) | | None | K | T | Buy | 09/19/18 | K | | |
| 194. Los Angeles CA Hbr Ami Sa A Rv 544552VC3 | A | Interest | K | T | | | | | |
| 195. WI St Health & Ed Sr B 97710B4L3 | A | Interest | K | T | | | | | |
| 196. CA Infrastructure 2017 13034ART9 | A | Interest | K | T | | | | | |
| 197. Grossmont CA Healthca Re Sr 399223BV7 | A | Interest | K | T | | | | | |
| 198. Walnut Valley CA USD 932889UP1 | A | Interest | K | T | | | | | |
| 199. AR St Water & Waste 041042VC3 | B | Interest | L | T | | | | | |
| 200. Columbus OH (199492VF3) | | None | J | T | Buy | 02/08/18 | J | | |
| 201. Washington Subn San Dist 940157WQ9 | B | Interest | K | T | | | | | |
| 202. Chandler AZ Gen Oblig (158843WN8) | | None | J | T | Buy | 07/17/18 | J | | |
| 203. Fairfax Cnty VA For Prev Sr B30382ACG5 | B | Interest | L | T | | | | | |
| 204. Chesterfield Co VA Wtr & RV 166409GE6 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. MO St Hwy Trans Sr A Rv 60636WRK3 | B | Interest | L | T | | | | | |
| 206. Dallas Ft Worth TX In Amt Sr 235036D49 | A | Interest | K | T | | | | | |
| 207. Prince Georges Cnty Md S B Be/R/5 | A | Interest | J | T | | | | | |
| 208. NY St Dorm Auth Sr A Rv 64990CQD6 | B | Interest | L | T | | | | | |
| 209. Honolulu HI City Cnty-B (438701H31) | | None | K | T | Buy | 03/02/18 | K | | |
| 210. Kansas St Dept Transn (485424SF3) | | None | J | T | Buy | 10/04/18 | J | | |
| 211. Washington St Health Car Sr B 93978HGE9 | A | Interest | K | T | | | | | |
| 212. Guggenheim Macro Oppy. Fund (GIOIX) | B | Dividend | L | T | | | | | |
| 213. Vanguard High Yield Tax Exempt Fd Adm (VWALX) | D | Dividend | M | T | Sold (part) | 12/21/18 | J | A | |
| 214. Celgene (CELG) | | None | | | Sold | 01/22/18 | K | | |
| 215. iShares Russell 1000 Growth (IWF) | | None | | | Buy | 10/23/18 | K | | |
| 216. | | | | | Sold | 11/23/18 | K | | |
| 217. Maryland St St & Loc Fac Rv 5741925G1 | | None | | | Sold | 03/01/18 | K | | |
| 218. Principal Sm-Md Cap Div Fund (PMDIX) | E | Dividend | | | Sold | 12/20/18 | M | | |
| 219. St of OH Infra Improv Sr B 677520S82 | | None | | | Sold | 09/17/18 | K | | |
| 220. T Rowe Price Global Tech Fund (PRGTX) | D | Dividend | | | Sold | 12/21/18 | L | | |
| 221. Wisdom Tree Europe Hedged Equity (HEDJ) | | None | | | Sold | 12/20/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Wisdom Tree Japan Hedged Equity Fund (DXJ) | | None | | | Sold | 12/20/18 | K | | |
| 223. BROKERAGE #5 (H) | | | | | | | | | |
| 224. UBS Bank Deposit Acct | A | Interest | L | T | | | | | |
| 225. BROKERAGE #6 (H) | | | | | | | | | |
| 226. Credit Suisse Fl. Rate High Income Fund A (CHIAX) | C | Int./Div. | L | T | | | | | |
| 227. IRA #1 (H) | | | | | | | | | |
| 228. UBS Bank USA Dep Acct (cash) (X) | A | Interest | K | T | | | | | |
| 229. iShares S&P SmallCap 600 (IJT) (X) | A | Dividend | J | T | Sold (part) | 09/11/18 | J | | |
| 230. Ishares Core MSCI EAFE (IEFA) | A | Dividend | L | T | Sold (part) | 06/29/18 | J | A | |
| 231. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 232. SPDR S&P 500 ETF (SPY) | C | Dividend | M | T | | | | | |
| 233. AQR U.S. Defense Equity Fund Class 1 (AUEIX) | A | Dividend | L | T | Buy | 06/29/18 | L | | |
| 234. | | | | | Sold (part) | 09/11/18 | J | A | |
| 235. Brown Advisory Sm Cap Val (BIAUX) | B | Dividend | J | T | Sold (part) | 09/11/18 | J | A | |
| 236. Cambiar Intl Equity Instl (CAMYX) | A | Dividend | L | T | Sold (part) | 06/29/18 | J | A | |
| 237. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 238. Causeway Emerg Mkts (CEMIX) | A | Dividend | K | T | Buy (add'l) | 09/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Clearbridge Large Cap Growth Fund Class 1 (SBLYX) | B | Dividend | K | T | Buy | 09/11/18 | K | | |
| 240. Harding Loevner Intl Equity (HLMIX) | A | Dividend | K | T | Sold (part) | 06/29/18 | J | A | |
| 241. Hartford Schroeders Emerging Mkts Equity Fund Class 1 (SEMNX) (X) | A | Dividend | K | T | Sold (part) | 06/29/18 | J | A | |
| 242. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 243. JP Morgan Large Cap Growth Cl I (SEEGX) | C | Dividend | K | T | Sold (part) | 06/29/18 | J | B | |
| 244. | | | | | Sold (part) | 09/11/18 | K | D | |
| 245. LSV Value Equity Fund Class NL (LSVEX) | C | Dividend | L | T | Buy | 09/11/18 | L | | |
| 246. T Rowe Price Global Tech Fund (PRGTX) | D | Dividend | L | T | | | | | |
| 247. Hartford Midcap Fund I (HFMIX) | B | Dividend | K | T | Sold (part) | 09/11/18 | J | A | |
| 248. Transamerica Midcap Value Opps Fd (MVTIX) | B | Dividend | K | T | | | | | |
| 249. Ishares US Treasury Bond ETF (GOVT) | A | Dividend | K | T | Buy (add'l) | 06/29/18 | J | | |
| 250. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 251. Pimco Enhanced Short Mat Active Exchange-Traded Fd (MINT) | A | Dividend | K | T | Buy | 09/11/18 | K | | |
| 252. SPDR Bloomberg Barclays 1-3 Mo T-Bill (BIL) | A | Dividend | K | T | Buy (add'l) | 06/29/18 | J | | |
| 253. | | | | | Sold (part) | 09/11/18 | K | A | |
| 254. Pimco Invest Grade Credit Bond (PBDPX) | B | Dividend | K | T | Buy (add'l) | 09/11/18 | J | | |
| 255. Columbia Disciplined Value (CVQZX) | | None | | | Sold | 09/11/18 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Transamerica Conc Growth Fund (TOREX) | | None | | | Sold | 06/29/18 | J | C | |
| 257. Touchstone Large Cap Cl Y (TLCYX) | | None | | | Sold | 06/29/18 | J | C | |
| 258. IRA #2 (H) | | | | | | | | | |
| 259. Wells Fargo Bank Deposit Acct. (cash) (X) | A | Interest | K | T | | | | | |
| 260. Carillon Ser Tr Eagle Mid Cap Growth (HAGIX) | C | Dividend | L | T | Buy | 06/19/18 | L | | |
| 261. American Funds Growth Fund of America Cl F2 (GFFFX) | E | Dividend | M | T | Buy | 06/19/18 | M | | |
| 262. American Funds New World Fund Cl F2 (NFFFX) | B | Dividend | L | T | Buy | 06/19/18 | L | | |
| 263. American Funds Washington Mutual Fd F2 (WMFFX) | D | Dividend | M | T | Buy | 06/19/18 | M | | |
| 264. Legg Mason Funds Clearbridge Small Cap Fund Class 1 (LMNSX) | C | Dividend | L | T | Buy | 06/19/18 | L | | |
| 265. American Funds Europacific Growth Fund Class F-2 (AEPFX) | B | Dividend | L | T | Buy | 06/19/18 | L | | |
| 266. PGIM Total Return Bond Class Z (PDBZX) | D | Dividend | N | T | Buy | 06/19/18 | M | | |
| 267. PGIM Absolute Return Bond Class Z (PADZX) | D | Dividend | M | T | Buy | 06/19/18 | M | | |
| 268. Teton Westwood Equity Mighty Mites Fund Class 1 (WEIMX) | C | Dividend | L | T | Buy | 06/19/18 | L | | |
| 269. 401K #1 (H) | | | | | | | | | |
| 270. Dodge & Cox Stock Fund (DODGX) | A | Dividend | K | T | | | | | |
| 271. Janus Enterprise N (JDMNX) | A | Dividend | L | T | | | | | |
| 272. T Rowe Price QM US Small Cap Gr (PRDSX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Lazard Emerging Markets Equity Fund (LZEMX) | A | Dividend | K | T | | | | | |
| 274. Virtus Real Estate Sec. R6 Fund (VRREX) | A | Dividend | K | T | | | | | |
| 275. 401K #2 (H) | | | | | | | | | |
| 276. Invesco Premeir US Govt Money | | None | | | Closed | 05/11/18 | L | | |
| 277. JP Morgan Value Advantage Fund (JVAAX) | | None | | | Sold | 05/11/18 | M | | |
| 278. Prudential Jennison Fund (PJFAX) | | None | | | Sold | 05/11/18 | N | | |
| 279. Baron Sm. Cap Fund (BSCFX) | | None | | | Sold | 05/11/18 | M | | |
| 280. MFS International Value R5 Fund (MINJX) | | None | | | Sold | 05/11/18 | L | | |
| 281. Vanguard Inst. Index Fund (VINIX) | | None | | | Sold | 05/11/18 | N | | |
| 282. Vanguard Sm. Cap Index Signal Fund (VSISX) | | None | | | Sold | 05/11/18 | L | | |
| 283. College Savings Plan (H) | | | | | | | | | |
| 284. AllianceBernstein CBF-Age-Based Agg Grth 1999-2001 | | None | L | T | | | | | |
| 285. DC College Savings Plan – Calvert Equity Portfolio | | None | K | T | | | | | |
| 286. DC College Savings Plan – Calvert Balanced Portfolio | | None | J | T | | | | | |
| 287. DC College Savings Plan – State Street Equity 500 Index | | None | K | T | | | | | |
| 288. Misc Holdings (H) | | | | | | | | | |
| 289. Christian Benevolent Funeral Home stock | | None | O | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  1208 Broad Street LLC (LLC interest) | D | Distribution | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 182, 213, 226, and 254: Corporate name/ticker changes only; see 2017, lines 165, 210, 229, and 262, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 151 and 301 of the 2017 report are not reportable in this cycle. There are no corresponding reportable transations.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher R. Cooper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544